**DISMISS; Opinion Filed February 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01345-CV

**ERICA CABALLERO, Appellant**
**V.**
**KIRAN ADHIKARI, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02481-2019**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Nowell

Appellee has moved to dismiss as moot this appeal from the trial court's judgment of eviction awarding appellee possession of certain property and attorney's fees. Appellee asserts "the controversy between the parties ended when the Appellant was forcibly removed (set out) from The Property" in November and asks he be awarded damages under Texas Rule of Appellate Procedure 45 concerning frivolous appeals. *See* TEX. R. APP. P. 45; *Exxon Mobil Corp. v. Rincones*, 520 S.W.3d 572, 586 (Tex. 2017) (case becomes moot if controversy between parties ceases to exist at any stage, including appeal). Appellant has not filed a response.

The issue in an eviction suit is the right to actual possession of the premises, and, under the Texas Property Code, the prevailing party is entitled to an award of attorney's fees. *See* TEX. PROP. CODE ANN. § 24.006; *Rice v. Pinney*, 51 S.W.3d 705, 709 (Tex. App.—Dallas 2001, no

pet.). Because appellant is no longer in possession of the property, the issue of possession is moot. Although the issue of attorney's fees is not mooted by appellant no longer being in possession of the property, appellee has seemingly waived his claim for attorney's fees by moving to dismiss the appeal. *Cf. Allstate Ins. Co. v. Hallman*, 159 S.W.3d 640, 642 (Tex. 2005) (case not moot although underlying claim moot where prevailing party continued to seek award of attorney's fees and expenses).

Accordingly, as no live controversy between the parties remains, we grant the motion to the extent we dismiss the appeal. We deny the request for damages.


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE


191345F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERICA CABALLERO, Appellant

No. 05-19-01345-CV          V.

KIRAN ADHIKARI, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-02481-2019.
Opinion delivered by Justice Nowell, Justices Partida-Kipness and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 27th day of February, 2020.